FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 0 3 2015

CHRISTOPHER A. PRINE
CLERK _____

IN AND FOR THE 1ST APPEALS
JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

THE STATE OF TEXAS

VS

ERIC STUCKER                    CASE# 01-15-00274-CR

## MOTION FOR ORAL ARGUMENT REQUEST

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, I THE DEFENDANT, ERIC STUCKER IN A PRO SE MANNER IN THE ABOVE STYLED CAPACITY, MOTION FOR ORAL ARGUMENT REQUEST AND ADDRESSES THE COURT AS FOLLOWS:

### I

AS UNCONSCIOUS, 1ST PLEA WAS POSSESSED:

~ I WOULDNT THINK SHE WOULD HURT HERSELF AND IT WAS ME AND HER IN THE APARTMENT, I LASTLY REMEMBER (HER APARTMENT)

~ THIS IS NOT BEING IN A MENTAL CULPABLE STATE

~ PHONE RECORDS AND LETTERS ON MY BEHALF DOES NOT VERIFY I KNEW WHAT TOOK PLACE

* INVESTIGATION UPLIFTS SUSPICION // DENIAL *

### II

WHERE'S MY CONNECTION TO THE NARROW EVIDENCE WHICH IS A NARROW ACCUZATION?

WHERE'S THE OTHER HALF? IF THERE'S WAS

MY BARE HANDS WERE EXPOSED                    >>>

~ EVIDENCES DOSE NOT POINT TO ME - NO FINDING OF USAGE OR EXHIBITION
NO FORENSICS TESTIMONY OR REPORT NOR PROSECUTOR FACTS OF USAGE OR
EXHIBITION (REQUESTED FORENSICS REPORT)

## III

*START*

*CONSTITUTIONAL PREJUDICE: IGNORED EVIDENCE DURING TRIAL *

~ SHE MAILED ME A LETTER SAYING SHE COULD REQUEST ME SOME TIME
THEN MAILED ANOTHER LETTER ABOUT PHOTOS OF ME AND ANOTHER WOMAN
REFUSING HER REQUEST     (I HAVE COPIES LAWYER HAS ORIGINAL WITNESS LETTERS)

~ THERES A PHONE RECORD WHERE SHE DIRECTLY KNEW ABOUT ONE WOMAN
BY NUMBER WITHOUT ME SAYING HER NAME EXCLUSIVELY. I ONLY HAD
NUMBERS NOT NAMES IN MY PHONE

SHE WROTE SHE KNEW AND HAD A FEELING I WAS CHEATING AND
SHE WAS HURT ABOUT IT. SHE WROTE SHE WAS IN LOVE WITH ME YET
TRIAL: "SHE WASNT IN LOVE WITH ME", " SHE ONLY HAD LOVE FOR ME."

(DENIAL PATTERN )* STOP *

*UNTRUTHFUL WITNESS *

~ RESEARCH ~
*( VOODOO KEY POINTERS: KNOWLEDGE OF
HERBS AND POISONS, SATAN WORSHIP: COUNTLESS
ARTS, SPIRIT IDOLTRY // CONTACT ) *

~ SCISSORS BROKEN? WHERE IN STATEMENTS OR RESULTS THIS WAS SAID?
, BESIDES THE PROSECUTORS "PAUSE" DURING TRIAL WITNESS TESTIMONY?
~ TRIAL EXHIBIT LETTERS: SHE CALLS IT " HER VOODOO" AT CURRENT
TIME SPAN OF THIS MATTER IN RESPONSE, INSTEAD OF REPLYING 1STLY
"NOT KNOWING WHAT IM TALKING ABOUT", WHICH WAS HER UNDER OATH
TESTIFYING STATEMENT

*START*

*CONSTITUTIONAL PREJUDICE: IGNORED EVIDENCE DURING TRIAL *

PHONE RECORDS 9-15-2014 // 9-16-2014, RESEARCH EXPOSED TO "WITNESS":
~ VOODOO ~
SHE PUSHES PRACTICE INVOLVEMENT TIME CURRENCY BACK 3 YEARS
                                          TO
AGO (3½ ; OUR RELATIONSHIP). ON A THE NEXT CALL        > > >

>>> FURTHER PUSHING TIME CURRENCY INVOLVEMENT 9
YEARS BACK (BEFORE HEREX OF 6 YEARS) *STOP*

~ UNDER OATH: "SHE DOSENT KNOW WHAT IM TALKING ABOUT"
(CONSTITUTIONAL PREJUDICE DOMINATED THIS PRASE)

~ PROSECUTOR OBJECTED TO WITNESS ILLEGAL DRUG USAGE
(WHO WOULD JUST ADMIT THAT; THEN DENY IT?)

* POSSESSION: UNREALISTIC AND IRRELEVANT *

## IV

MY UNCONSCIOUSNESS PARTAKES AN UNORDINARY SCENE, ALSO NOT
BEING IN A MENTAL CULPABLE STATE:
HFD - EMS - HPD:

LISTENS TO THE WITNESS AND DID NOT TAKE PRECAUTION
TO ITS LIMITS:
"O (ZERO) TOLERANCE OF DOMESTIC VIOLENCE UNDER ANY
CIRCUMSTANCE INVOLVES PREJUDICE"

~ NOT PRE-CAUTIONING A 3RD PARTY BEING INVOLVED

~ NOT PRE-CAUTIONING TO CHECK MY CONSUMPTIONS IN PLAIN SIGHT
FREE (UNMENTIONED)
~ NOT PRE-CAUTIONING A MERE WORN OFF OR VITAL SUBSTANCE
RESIDING IN MY SYSTEM, TO CHECK MY BLOOD OR TRANSFER
TO A HOSPITAL FOR A FULL ANTICIPATE DIAGNOSTIC TEST

## VI

CONSTITUTIONAL PREJUDICE ON VARIOUS LEVELS; TRANSCRIPTS
AND GROUNDS COVER: INSUFFICIENY OF COUNSEL, PROSECUTORIAL
MISCONDUCT, INTERPRETING JUDGMENT //VERDICT RESULTING
NEGLEGENCE OF DEFENDANTS INNOCENSE

>>>

RESPECTFULLY SUBMITTED

ERIC S TUCKER #1983465

STILES 3060 FM 3514

BEAUMONT, TX 77705

4F31-49T

TURNER, Eric #1983465
STILES 3060 Fm 3514
BEAUMONT, TX 77705

4F31-49T

BEAUMONT HOUSTON TX 773

31 JUL 2015 PM 8 L

~ CLERK OF COURT ~

CHRISTOPHER A. PRINE
301 FANNIN ST.
COURT OF APPEALS, FIRST DISTRICT

Houston, TX 77002-2066

MAIL RECEIVED

77002206699

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 03 2015

CHRISTOPHER A. PRINE
CLERK